IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **INTERFACE IP HOLDINGS LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**QATAR AIRWAYS Q.C.S.C.,**<br><br>Defendant. | Civil Action No. 4:17-cv-1855<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Interface IP Holdings LLC ("Interface IP") certifies that it has no corporate parent. Interface IP further states that no publicly held corporation owns 10% or more of Interface IP's stock.

Dated: June 19, 2017

Respectfully submitted,

OF COUNSEL:

By: */s/ Bradford J. Black*

Matt Olavi
Texas Bar No. 24100889
OLAVI LAW P.C.
401 Congress Avenue, Suite 1540
Austin, Texas 78701
Email: molavi@olavilaw.com
Tel: (512) 717-4485
Fax: (512) 717-4495

Bradford J. Black
Attorney-in-Charge
Texas Bar No. 24086243
S.D. Texas No. 2166172
BRADFORD BLACK P.C.
4 Embarcadero Center, Ste. 1400
San Francisco, CA 94111
Email: bblack@bradfordblack.com
Tel: (415) 813-6210
Fax: (415) 813-6222

Pritesh Soni
Texas Bar No. 24063926
S.D. Texas No. 1097849
THE SONI LAW FIRM PLLC
Two Greenway Plaza, Ste. 600
Houston, TX 77046

Email: psoni@sonilawfirm.com
Tel: (832) 429-7664
Fax: (713) 526-8105

**ATTORNEYS FOR PLAINTIFF**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on June 19, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing *via* electronic mail to all counsel of record.

*/s/    Bradford J. Black*
Bradford J. Black